**SENTENCE DATA SHEET**

| | |
|---|---|
| **DEFENDANT:** | Hector A. Ruiz |
| **CRIMINAL NO.:** | H--20-cr-00582 |
| **IMMIGRATION STATUS:** | U.S. Citizen |
| **GUILTY PLEA:** | Count One |

**SUBSTANCE OF PLEA AGREEMENT:**

The defendant agrees to:

a) Plead guilty to Count One of the indictment;

b) Waive right to appeal and collaterally attack this conviction;

The government agrees to:

a) Not recommend a sentence higher than 300 months total on both Counts One and Two combined.

b) If the defendant qualifies for an adjustment under U.S.S.G. Section 3E1.1(a), the United States agrees not to oppose the defendant's request for an additional one level departure based on the timeliness of the plea or the expeditious manner in which the defendant provided complete information regarding his role in the offense if the defendant's offense level is 16 or greater.

**COUNT ONE:** Deprivation of Right Under Color of Law, Title 18 U.S.C. § 242.

**ELEMENTS:**

1. That the defendant deprived Victim #1 of a right secured by the Constitution or laws of the United States by committing one or more of the acts charged in the indictment;
2. That the defendant acted willfully, that is, that the defendant committed such act or acts with a bad purpose to disobey or disregard the law, specifically intending to deprive the person of that right;
3. That the defendant acted under color of law; and

1

          4.        That the defendant's conduct included kidnapping.

**PENALTY:**  Any terms of years, or life or death.

**ALTERNATIVE FINE BASED ON GAIN OR LOSS:**  Not applicable.

**SENTENCING GUIDELINES:**  Advisory.

**SUPERVISED RELEASE:**  Applicable and not more than five years.